UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>KEITH A. WAKEFIELD,  )<br>)<br>Defendant.  )<br>) | Case No. 1:21-cv-05168 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR ENTRY OF JUDGMENT**

Plaintiff United States Securities and Exchange Commission ("SEC") hereby moves this Court for entry of judgment as to Defendant Keith A. Wakefield. In support thereof, the SEC states as follows:

1. On September 3, 2021, Defendant Wakefield signed the Consent of Defendant Keith A. Wakefield, an executed copy of which is attached hereto as Exhibit 1.

2. In the Consent, Defendant Wakefield agreed to entry of judgment against him. Among other things, Defendant Wakefield agreed to the issuance of an injunction restraining him from violating the federal securities laws. (Ex. 1, ¶ 2(a).) Defendant Wakefield also agreed that, upon motion of the SEC, the Court will order the Defendant to pay disgorgement with prejudgment interest and a civil penalty in amounts to be determined by the Court. (Ex. 1, ¶¶ 2(b), 4.)

3. Exhibit 2 to this Motion is the agreed Judgment as to Defendant Keith A. Wakefield. The agreed Judgment reflects a bifurcated settlement. The Judgment includes a permanent injunction, to be ordered now. The Judgment further contemplates a future

determination by this Court as to the amounts of disgorgement with prejudgment interest and civil penalty (following the filing of a motion by the SEC, and the opportunity of Defendant to be heard on the matter).

WHEREFORE, Plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant its Motion; enter the Judgment set forth in Exhibit 2; and grant such other and further relief as this Court deems just and proper.

Dated: September 30, 2021   Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By: /s/ *Alyssa A. Qualls*
Alyssa A. Qualls (Quallsa@sec.gov)
Som P. Dalal (Dalals@sec.gov)
Natalie G. Garner (Garnern@sec.gov)
Kristin M. Pauley (Pauleyk@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390
(312) 353-7398 (FAX)

*Attorneys for Plaintiff*
*United States Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on September 30, 2021, a copy of the foregoing Plaintiff United States Securities and Exchange Commission's Motion for Entry of Judgment was served upon the following counsel by email:

Holly N. Blaine (hnb@blainevanzant.com)
James G. Vanzant (jgv@blainevanzant.com)
Blaine & Vanzant, LLP
922 Davis Street
Evanston, Illinois 60202
(312) 788-7584

*Attorney for Defendant*

>*/s/ Alyssa A. Qualls*
>Alyssa A. Qualls